UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES THORNTON,<br>　　　Plaintiff<br><br>v.<br><br>UNITED PARCEL SERVICE INC.,<br>　　　Respondent | Civ. Action No. 05-10210- MEL |

## NOTICE OF APPEARANCE FOR
## UNITED PARCEL SERVICE INC.

Please enter the appearances of Hugh F. Murray III and Laurie Alexander-Krom on behalf of the defendant, United Parcel Service Inc., in regard to the above referenced case. Please send all notices and filings in this case to hmurray@ups.com and lalexander-krom@murthalaw.com.

UNITED PARCEL SERVICE INC.
By its attorneys,

/s/ Laurie Alexander-Krom

Hugh F. Murray, III, BBO# 557175
Laurie Alexander-Krom, BBO# 637385
Murtha Cullina LLP
99 High Street
Boston, MA 02110
617-457-4000

Date: April 5, 2005