UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES THORNTON,<br>    Plaintiff<br><br>v.<br><br>UNITED PARCEL SERVICE INC.,<br>    Respondent | Civ. Action No. 05-10210- MEL |

**UNITED PARCEL SERVICE INC.'S STATEMENT IN PREPARATION FOR SCHEDULING CONFERENCE**

Pursuant to Local Rule 16.1, the following is United Parcel Service Inc.'s ("UPS") statement in preparation for the Scheduling Conference in the above referenced case:

I. **Proposed Discovery Plan**

a. Initial disclosures due by July 11, 2005;

b. All motions to amend or supplement shall be filed by July 15, 2005;

c. All fact discovery shall be completed by ~~October~~ Nov. 1, 2005;

d. All expert witnesses on behalf of the plaintiff shall be designated in accordance with the Federal Rules of Civil Procedure and the Local Rules by November 1, 2005;

e. All experts who may be witnesses on behalf of UPS shall be designated by December 1, 2005;

f. All expert depositions shall be completed by January 1, 2006; and

g. All dispositive motions shall be filed by January 15, 2006.

II. **Certification**

Please see separate certification that will be filed on behalf of UPS.

United Parcel Service Inc.
By its attorneys

Hugh F. Murray, III, BBO# 557175
Laurie Alexander-Krom, BBO# 637385
Murtha Cullina LLP
99 High Street
Boston, MA 02110
617-457-4000

Certificate of Service
I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.
Date: 6/1/05

Date: June 1, 2005