UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES THORNTON )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>UNITED PARCEL SERVICE, INC. )<br>    Defendant. )<br>) | CA No: 05-10210-MEL |

**NOTICE OF APPEARANCE**

    Please enter the appearance of Michael Tumposky as co-counsel for the Plaintiff in the above-entitled action.

    Respectfully Submitted,

    //S// Michael Tumposky
    Michael Tumposky (BBO#660618)
    Hrones, Garrity & Hedges
    Lewis Wharf-Bay 232
    Boston, MA 02110-3927
    T) (617) 227-4019

**CERTIFICATE OF SERVICE**

    I hereby certify, on this the 15th day of November, 2005, that I have caused to be served a copy of this document, where unable to do electronically, by first class mail, on all counsel of record in this matter.

    //S// Michael Tumposky
    Michael Tumposky