UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
CHARLES THORNTON              )
       Plaintiff,             )
                              )     CA No: 05-10210-MEL
  v.                          )
                              )
UNITED PARCEL SERVICE, INC.   )
       Defendant.             )
_____)
```

**JOINT MOTION TO REVISE SCHEDULING ORDER**

The parties hereby move this Court to revise the scheduling order as follows:

a. All fact discovery by February 1, 2006;

b. Plaintiff's expert witnesses to be designated by February 1, 2006;

c. Defendant's expert witnesses to be designated by March 1, 2006;

d. All expert depositions completed April 1, 2006;

e. All dispositive motions completed by May 1, 2006;

f. All responses to dispositive motions by June 1, 2006.

As grounds therefore, the parties state that counsel for Plaintiff and Defendant have busy trial schedules and further time is necessary to complete discovery.

Respectfully Submitted,

| | |
|---|---|
| //s// Laurie Alexander-Krom | //s// Michael Tumposky |
| Hugh F. Murray, III | Stephen Hrones |
| BBO No. 557175 | BBO No. 242860 |
| Laurie Alexander-Krom | Michael Tumposky |
| BBO No. 637385 | BBO No. 660618 |
| Murtha Cullina LLP | Hrones, Garrity & Hedges |
| 99 High Street | Lewis Wharf –Bay 232 |
| Boston, MA  02110 | Boston, MA  02110 |
| (617) 457-4083 | (617) 227-4019 |

DATED: November 15, 2005