UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES THORNTON,<br>    Plaintiff<br><br>v.<br><br>UNITED PARCEL SERVICE INC.,<br>    Defendant | Civ. Action No. 05-10210- MEL |

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(2), United Parcel Service Inc. ("UPS") certifies that it has conferred with counsel for Charles Thornton and has attempted to resolve and narrow the issues regarding UPS' Motion for Summary Judgment.

                        UNITED PARCEL SERVICE, INC.
                        By its attorneys,


                        /s/Laurie Alexander-Krom
                        Hugh F. Murray - BBO#645595
                        Laurie Alexander-Krom - BBO #637385
                        Murtha Cullina LLP
                        99 High Street
                        Boston, MA 02110-2320
                        Telephone: (617) 457-4000

Date: May 1, 2006

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). No non-participants (NEF) as noted.

      /s/Laurie Alexander-Krom