UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES THORNTON,  )<br>      Plaintiff  )<br>  )<br>v.  )<br>  )<br>  )<br>UNITED PARCEL SERVICE INC.,  )<br>      Defendant  )<br>  ) | Civ. Action No. 05-10210- MEL |

**UNITED PARCEL SERVICE INC.'S**
**RECORD MATERIALS IN SUPPORT OF ITS**
**MOTION FOR SUMMARY JUDGMENT**

In support of its Motion for Summary Judgment on all Counts of the Plaintiff's Amended Complaint, United Parcel Service Inc. ("UPS") presents the following record of materials. **These materials have been manually filed with the Honorable Judge Lasker's Courtroom Clerk George Howarth and available in paper form only**:

1. Excerpts from the deposition of Charles Thornton, attached at Tab A.

2. Excerpts from the deposition of Kenneth Mundry, attached at Tab B.

3. Dr. Franchi Medical Note dated May 9, 2000, attached at Tab C.

4. Lahey Clinic Medical Note dated July 10, 2000, attached at Tab D.

5. Dr. Franchi Medical Note dated July 11, 2000, attached at Tab E.

6. Lahey Clinic Medical Note dated July 26, 2000, attached at Tab F.

7. Article 20, Section 3 of Collective Bargaining Agreement: Third Doctor Procedure, attached at Tab G.

8. Bob Ritchie Letter dated August 9, 2000, attached at Tab H.

9. Dr. Wolf Medical Note dated September 13, 2000, attached at Tab I.

10. Dr. Hawkins Medical Note dated January 20, 2001, attached at Tab J.

11. Job Picks, attached at <u>Tab K</u>.

12. UPS North New England District Bid Sheet, attached at <u>Tab L</u>.

13. Article 43, Section 2 of Collective Bargaining Agreement: Sleeper Team Operations, attached at <u>Tab M</u>.

14. Job Picks dated February 12, 2001, attached at <u>Tab N</u>.

15. Dr. Wolf's Medical Note dated March 14, 2001, attached at <u>Tab 0</u>.

16. Chelmsford Job List, Week Ending March 31, 2001, attached at <u>Tab P</u>.

17. Dr. Wolf's Medical Evaluation Form dated November 12, 2001, attached at <u>Tab Q</u>.

18. Chelmsford Job List Week Ending December 8, 2001, attached at <u>Tab R</u>.

19. UPS FMCSA Physical Exam Medical History Questionnaire, attached at <u>Tab S</u>.

20. Dr. Kramer Letter dated September 19, 2002 and Dr. Haffner letter dated December 6, 2002, attached at <u>Tab T</u>.

21. MCAD Charge dated July 27, 2000, attached at <u>Tab U</u>.

22. MCAD Dismissal dated December 16, 2002, attached at <u>Tab V</u>.

23. MCAD Charge dated August 30, 2001, attached at <u>Tab W</u>.

24. MCAD Dismissal dated November 20, 2003 attached at <u>Tab X</u>.

25. UPS' Request for Production of Documents and Emails from Laurie Alexander-Krom to Michael Tumposky, attached at <u>Tab Y</u>.

                        United Parcel Service Inc.
                        By its attorneys,

                        /s/Laurie Alexander-Krom
                        Hugh F. Murray, III, BBO# 557175
                        Laurie Alexander-Krom, BBO# 637385
                        Murtha Cullina LLP
                        99 High Street
                        Boston, MA 02110
                        617-451-9300

Date: May 1, 2006

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). No non-participants (NEF) as noted. **The attached materials have been delivered by hand to all parties of record on May 1, 2006.**

      /s/Laurie Alexander-Krom