UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
CHARLES THORNTON,            )
    Plaintiff                    )
                             )   Civ. Action No. 05-10210- MEL
                             )
v.                           )
                             )
                             )
UNITED PARCEL SERVICE INC.,  )
    Defendant                    )
_____)

### UNITED PARCEL SERVICE INC.'S MOTION TO FILE A REPLY BRIEF AND FOR AN EXTENSION OF TIME TO FILE OPPOSITION

Pursuant to Local Rule 7.1 (B)(3) the defendant, United Parcel Service Inc. ("UPS"), seeks leave to file a reply brief to the Plaintiff's Opposition to Defendant's Motion for Summary Judgment. UPS also seeks a one week extension of time, until June 22, 2006, to file its Opposition to the Plaintiff's Motion for Partial Summary Judgment. The grounds for this request for an extension are that counsel for UPS will be traveling the week of June 12, 2006.

**The Plaintiff has assented to this motion for UPS to file a reply brief and for an extension of time to serve its Opposition.**

                      United Parcel Service Inc.
                      By its attorneys,

                      /s/Laurie Alexander-Krom
                      Hugh F. Murray, III, BBO# 557175
                      Laurie Alexander-Krom, BBO# 637385
                      Murtha Cullina LLP
                      99 High Street
                      Boston, MA 02110
                      617-451-9300

Date: June 5, 2006

## **CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). No non-participants (NEF) as noted.

/s/Laurie Alexander-Krom