UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
CHARLIE THORNTON,             )
        Plaintiff,            )
                              )  CIVIL ACTION NO.: 05-10210-MEL
v.                            )
                              )
UNITED PARCEL SERVICE, INC.,  )
        Defendant.            )
_____)
```

**NOTICE OF FILING**

The Plaintiff hereby gives notice that that the following exhibits have been hand-filed and are available in paper form only:

A. Affidavit of Charlie Thornton

B. Deposition of Kenneth Mundry

C. Deposition of Charlie Thornton

D. 1993 Charge and Dismissal

E. Deposition of Holly Manzo

F. September bid sheet

G. 2000 D.O.T. medical report

H. Annual bid 2001

I. 2002 D.O.T. medical report

J. Witness statements

K. Affidavit of Michael Tumposky

L. Right of Suit Letter

1

                                                                Respectfully Submitted,
                                                                Plaintiff Charlie Thornton
                                                                By His Attorneys

DATED: June 1, 2006
                                                    //s// Michael Tumposky
                                                    Stephen Hrones
                                                    BBO No. 242860
                                                    Michael Tumposky
                                                    BBO No. 660618
                                                    Hrones, Garrity & Hedges
                                                    Lewis Wharf –Bay 232
                                                    Boston, MA 02110
                                                    (617) 227-4019

## CERTIFICATE OF SERVICE

     I, Michael Tumposky, herby certify that, on this the 1st day of June, 2006, I served a copy of this document, where unable to do so electronically, by first-class mail as follows: Laurie Alexander-Krom, Murtha Cullina, 99 High Street, Boston, MA 02110.

                                                               //s// Michael Tumposky
                                                               Michael Tumposky