UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES THORNTON,       ) | |
|     Plaintiff         ) | |
|                       ) | Civ. Action No. 05-10210- MEL |
| v.                                   ) | |
| UNITED PARCEL SERVICE INC., ) | |
|     Respondent      ) | |

**NOTICE OF APPEARANCE FOR**
**UNITED PARCEL SERVICE INC.**

Please enter the appearances of Hugh F. Murray III on behalf of the defendant, United Parcel Service Inc., in regard to the above-referenced case.

UNITED PARCEL SERVICE INC.

   /s/ Hugh F. Murray, III
Hugh F. Murray, III, BBO# 557175
Murtha Cullina LLP
CityPlace I – 185 Asylum Street
Hartford, CT 06103
Telephone:  860-240-6077
Facsimile: 860-240-6150
hmurray@murthalaw.com
Its Attorney

Date:  September 27, 2006