UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES THORTON,         ]
    Plaintiff        ]
                            ]  C.A. NO. 05-10210-MEL
v.                       ]
                            ]
UNITED PARCEL SERVICE, INC.,   ]
    Defendant        ]

## NOTICE OF APPEARANCE

    Please enter my appearance on behalf of the defendant, United Parcel Service, Inc.

                                                                   /s/ Elizabeth A. Kowal
                                                                   _____
                                                                   Elizabeth A. Kowal, BBO #646326
                                                                   Murtha Cullina LLP
                                                                   99 High Street
                                                                   Boston, MA 02110
                                                                   617-457-4000

DATED: September 6, 2007

## CERTIFICATE OF SERVICE

    I, Elizabeth A. Kowal, hereby certify that I have this 6th day of September 2007, electronically filed my Notice of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Michael L. Tumposky, Esq.
tumposky@masscriminallawyer.com
Stephen B. Hrones, Esq.
hrones@masscriminallawyer.com
Hrones, Garrity & Hedges, LLP
Lewis Wharf - Bay 232
Boston, MA 02110

                                                                   /s/ Elizabeth A. Kowal
                                                                   _____
                                                                   Elizabeth A. Kowal

364623-1