## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

CHARLES THORNTON

        V.                    CIVIL ACTION NO. 05-10210-RGS

UNITED PARCEL SERVICE, INC.

### ORDER SETTING CIVIL CASE FOR JURY TRIAL

STEARNS, DJ.

THE ABOVE-CAPTIONED ACTION IS HEREBY SET FOR JURY TRIAL ON **MONDAY, APRIL 7, 2008** AT 9:00 A.M. IN COURTROOM #21, , 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

ON OR BEFORE MARCH 24, 2008, COUNSEL SHALL FILE THE FOLLOWING MATERIALS WITH THE COURT:

    1.  Any stipulated or admitted facts in a form suitable for presentation to the Court or jury;

    2.  A list of prospective witnesses, including names, city or town of residence, or business institutional address;

    3.  An identification by inclusive page and lines of any portions of depositions or interrogatory responses to be offered at trial, and a _precise_ statement of any objections thereto;

    4.  A "Joint List of Exhibits" as to which there is NO objection, **IDENTIFIED AND MARKED BY A SINGLE SEQUENCE OF NUMBERS**, regardless of which party is the proponent of an exhibit (such exhibits are deemed **ADMITTED** and need NOT be independently offered at trial;

    5.  A "List of Exhibits to be Offered at Trial", as to which a party reserves the right to object, **IDENTIFIED AND MARKED BY A SINGLE SEQUENCE OF CAPITAL LETTERS**, regardless of which party is the proponent of an exhibit;

    6.  Motions in Limine or other requests regarding foreseeable disputes concerning evidentiary issues, including authority for the ruling requested;

    7.  A **TRIAL MEMORANDUM** addressing those items as to which there are foreseeable disputes concerning issues of law;

    8.  An informed estimate of the probable length of the trial, based on a trial schedule of 9:00 A.M. to 1:00 P.M. daily. In any case exceeding one week's duration, the Court will impose time limits on the parties which will be STRICTLY ENFORCED;

    9.  In cases to be tried by a jury:
        A.  REQUESTS FOR INSTRUCTIONS WITH CITATION TO SUPPORTING AUTHORITY;

    B. ANY PROPOSED OR SPECIAL VERDICT QUESTIONS;
    C. ANY PROPOSED QUESTIONS FOR THE <u>VOIR DIRE</u> EXAMINATION;
    D. A <u>SUCCINCT AND NEUTRAL</u> STATEMENT SUMMARIZING THE PRINCIPAL CLAIMS AND DEFENSES OF THE PARTIES TO BE READ TO THE VENIRE DURING EMPANELMENT.

10. All trial exhibits <u>must</u> be reclaimed by the end of the first business day following the day of the verdict. This policy is <u>strictly enforced by the Court</u> as there is no space at the Courthouse to store exhibits after a trial has ended. Exhibits not reclaimed by counsel will be discarded.

11. A <u>FINAL PRE-TRIAL CONFERENCE</u> will be held by the Court on <u>WEDNESDAY, APRIL 2, 2008</u> at 3:15 P.M.

    SO ORDERED.

                                       RICHARD G. STEARNS
                                       UNITED STATES DISTRICT JUDGE

    **BY:**
                         /s/ Mary H. Johnson
                        _____
                           **Deputy Clerk**

**DATED AT BOSTON: 10-12-07**


**NOTE TO COUNSEL:** IF THE ABOVE CASE SHOULD SETTLE, COUNSEL ARE INSTRUCTED TO CONTACT THE COURTROOM CLERK, MARY JOHNSON, IMMEDIATELY AT 617-748-9162.