UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES THORNTON,       )<br>　　　　Plaintiff,       )<br>                                 )<br>v.                              )<br>                                 )<br>UNITED PARCEL SERVICE INC.,       )<br>　　　　Defendant.       )<br>                                 ) | Civ. Action No. 05-10210- MEL |

**NOTICE OF APPEARANCE OF BARRY J. WATERS**
**FOR DEFENDANT UNITED PARCEL SERVICE INC.**

　　Please enter the appearance of Barry J. Waters on behalf of the Defendant, United Parcel Service Inc., in the above-captioned case. Please send all notices and filings in this case to bwaters@murthalaw.com.

　　　　　　　　　　　　　　　UNITED PARCEL SERVICE INC.
　　　　　　　　　　　　　　　By its attorneys,


　　　　　　　　　　　　　　　 /s/  Barry J. Waters
　　　　　　　　　　　　　　　Barry J. Waters, BBO# 645595
　　　　　　　　　　　　　　　Murtha Cullina LLP
　　　　　　　　　　　　　　　2 Whitney Avenue
　　　　　　　　　　　　　　　New Haven, CT  06510
　　　　　　　　　　　　　　　(203) 772-7719

　　　　　　　　　　　　　　　Murtha Cullina LLP
　　　　　　　　　　　　　　　99 High Street
　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　617-457-4000

Date:  October 25, 2007

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).  No non-participants (NEF) as noted.

                                                    /s/  *Barry J. Waters*  
                                                   Barry J. Waters