UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
CHARLIE THORNTON,                )
    Plaintiff,                              )
                                                  ) CIVIL ACTION NO.: 05-10210-RGS
    v.                                            )
                                                  )
UNITED PARCEL SERVICE, INC.,)
    Defendant.                             )
_____)

**MOTION IN LIMINE TO EXCLUDE EVIDENCE OF DRUG USE**

Now comes the Plaintiff, Charlie Thornton, and hereby moves this Court to prohibit counsel for the Defendant from admitting any evidence of the use of painkillers and to order counsel to instruct his witnesses not to mention any such evidence. As grounds therefore, the Plaintiff states that the evidence is irrelevant to the issue of whether the Defendant violated the Americans with Disabilities Act. See Fed. R. Evid. 401. Moreover, it would be an improper attack on his character. See Fed. R. Evid. 404.

**WHEREFORE**, the Plaintiff respectfully requests that this Court prohibit any mention of this evidence.

                                          Respectfully Submitted,
                                          Charlie Thornton
                                          By his attorneys

DATED: February 4, 2008            //s// Michael Tumposky
                                          Stephen Hrones
                                          BBO No. 242860
                                          Michael Tumposky
                                          BBO No. 660618
                                          Hrones, Garrity & Hedges
                                          Lewis Wharf –Bay 232
                                          Boston, MA 02110
                                          (617) 227-4019

## LOCAL RULE 7.1 CERTIFICATION

      Undersigned counsel certifies that the parties have conferred and have attempted in good faith to resolve or narrow the issue.

                                                           //s// Michael Tumposky
                                                           Michael Tumposky

## CERTIFICATE OF SERVICE

      I, Michael Tumposky, hereby certify that, on this the 4th day of February, 2008, I served a copy of this document, where unable to do so electronically, by first-class mail on all counsel of record in this matter.

                                                           //s// Michael Tumposky
                                                           Michael Tumposky