UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
CHARLIE THORNTON,            )
    Plaintiff,             )
                           ) CIVIL ACTION NO.: 05-10210-RGS
    v.                     )
                           )
UNITED PARCEL SERVICE, INC., )
    Defendant.             )
_____)

**PLAINTIFF'S PROPOSED JURY VERDICT FORM**

1. Do you find, by a preponderance of the evidence, that the Plaintiff was substantially limited in one or more major life activities?

   _____   _____
   YES        NO

2. Do you find, by a preponderance of the evidence, that the Plaintiff was regarded by the Defendant as substantially limited in one or more major life activities?

   _____   _____
   YES        NO

If you answered "YES" to Questions 1 **or** 2, proceed to Question 3. If you answered "NO", go no further.

3. Do you find, by a preponderance of the evidence, that the Plaintiff could perform the essential functions of his job with or without a reasonable accommodation?

   _____   _____
   YES        NO

If you answered "YES" to Question 3, proceed to Questions 4 **and** 5. If you answered "NO", go no further.

4. Do you find, by a preponderance of the evidence, that the Defendant maintained an unlawful employment policy or practice which was applied to the Plaintiff?

   _____   _____
   YES        NO

1

5. Do you find, by a preponderance of the evidence, that the Defendant failed to provide the Plaintiff with a reasonable accommodation?

_____    _____
YES            NO

If you answered "YES" to Question 4 **or** 5, proceed to Questions 6, 7, 8, 9 **and** 10.  If you answered "NO", go no further.

6. What amount of lost wages do you award the Plaintiff?

_____    _____
    In Numbers              In words

7. What amount of compensatory damages do you award the Plaintiff?

_____    _____
    In Numbers              In words

8. What, if any, amount of punitive damages do you award the Plaintiff?

_____    _____
    In Numbers              In words

9. Do you award the Plaintiff interest? (the amount will be calculated by the clerk)

_____    _____
YES            NO

10. Do you award the Plaintiff additional damages to compensate him for any increased tax liability as a result of receiving several years of wages in one calendar year?

_____    _____
YES            NO

If you answered "YES" to Question 10, proceed to Question 11.  If you answered "NO", go no further.

11. How much in additional damages do you award the Plaintiff?

_____    _____
    In Numbers              In words

                                                      Respectfully Submitted,
                                                      Charlie Thornton
                                                      By his attorneys

DATED: February 5, 2008                //s// Michael Tumposky
                                                      Stephen Hrones
                                                      BBO No. 242860
                                                      Michael Tumposky
                                                      BBO No. 660618
                                                      Hrones, Garrity & Hedges
                                                      Lewis Wharf –Bay 232
                                                      Boston, MA 02110
                                                      (617) 227-4019

## CERTIFICATE OF SERVICE

    I, Michael Tumposky, hereby certify that, on this the 5th day of February, 2008, I served a copy of this document, where unable to do so electronically, by first-class mail on all counsel of record in this matter.

                                                      //s// Michael Tumposky
                                                      Michael Tumposky