UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

CHARLIE THORNTON,        )
     Plaintiff,          )
                       ) CIVIL ACTION NO.: 05-10210-RGS
     v.                    )
                       )
UNITED PARCEL SERVICE, INC.,)
     Defendant.         )
_____)

**PLAINTIFF'S SUPPLEMENTAL REQUEST FOR JURY INSTRUCTIONS**

**Constructive Discharge—**Constructive discharge is a label for treatment so hostile or degrading that no reasonable employee would tolerate continuing in the position. The standard is an objective one: the conditions must be so difficult or unpleasant that a reasonable person in the plaintiff's shoes would have felt compelled to resign. A constructive discharge can arise from, among other things, reassignment with significantly diminished job responsibilities, or a decision causing a significant change in benefits. *Burlington Indus., Inc. v. Ellerth*, 524 U.S. 742, 761 (1998); *Melendez-Arroyo v. Cutler-Hammer de P.R. Co.*, 273 F.3d 30, 36 (1st Cir. 2001); *Marrero v. Goya of Puerto Rico, Inc.*, 304 F.3d 7, 28 (1st Cir. 2002); *Suarez v. Pueblo Int'l, Inc.*, 229 F.3d 49, 54 (1st Cir. 2000).

                                          Respectfully Submitted,
                                          Charlie Thornton
                                          By his attorneys

DATED: February 13, 2008               //s// Michael Tumposky
                                          Stephen Hrones
                                          BBO No. 242860
                                          Michael Tumposky
                                          BBO No. 660618
                                          Hrones, Garrity & Hedges
                                          Lewis Wharf –Bay 232
                                          Boston, MA 02110
                                          (617) 227-4019

**CERTIFICATE OF SERVICE**

       I, Michael Tumposky, hereby certify that, on this the 13th day of February, 2008, I served a copy of this document, where unable to do so electronically, by first-class mail on all counsel of record in this matter.

                                          //s// Michael Tumposky
                                          Michael Tumposky