UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES THORNTON, )  <br> Plaintiff, ) <br> ) CIVIL ACTION NO.: 05-10210-MEL <br> v. ) <br> ) <br> UNITED PARCEL SERVICE, INC.,) <br> Defendant. ) <br> ) | |

## MOTION TO ENLARGE TIME TO RESPOND TO SUMMARY JUDGMENT

Now comes the Plaintiff and requests a two week extension of time, or until 3/17/08 to respond to Summary Judgment. On grounds therefore, counsel has just ended a trial *Lackiram v. Montiminy, et al., C.A. No. 04-12592-GAO* and is on vacation from 3/3/08 until 3/10/08.

                                                                                       Respectfully Submitted,
                                                                                      Charlie Thornton
                                                                                      By his attorneys

DATED: March 3, 2008                               //s// Michael Tumposky
                                                                                      Stephen Hrones
                                                                                      BBO No. 242860
                                                                                      Michael Tumposky
                                                                                      BBO No. 660618
                                                                                      Hrones, Garrity & Hedges
                                                                                      Lewis Wharf –Bay 232
                                                                                       Boston, MA 02110
                                                                                      (617) 227-4019

## CERTIFICATE OF SERVICE

I, Michael Tumposky, hereby certify that, on this the 3rd day of March, 2008, I served a copy of this document, where unable to do so electronically, by first-class mail on all counsel of record in this matter.

                                      <u>//s// Michael Tumposky</u>
                                      Michael Tumposky