UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS


CHARLES THORNTON

    V.                                        CIVIL ACTION NO. 05-10210-RGS

UNITED PARCEL SERVICE, INC.


# J U D G M E N T

**STEARNS, DJ.**                                                                        **JULY 22, 2008**

      IN ACCORDANCE WITH THIS COURT'S MEMORANDUM AND ORDER ON CROSS-MOTIONS FOR SUMMARY JUDGMENT ENTERED ON JULY 21, 2008,

      IT HS HEREBY ORDERED:  DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON COUNTS I AND II OF THE AMENDED COMPLAINT IS ALLOWED.  COUNTS III AND IV OF THE AMENDED COMPLAINT ARE DISMISSED WITHOUT PREJUDICE.

      JUDGMENT, THEREFORE, IS HEREBY ENTERED IN FAVOR OF THE DEFENDANT, UNITED PARCEL SERVICE, INC.

      SO ORDERED.


                                          RICHARD G. STEARNS
                                          UNITED STATES DISTRICT JUDGE

**BY:**

                        /s/ Mary H. Johnson
                        _____
                              **Deputy Clerk**