UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLIE THORNTON,           )<br>    Plaintiff,             )<br>                                    ) CIVIL ACTION NO.: 05-10210-RGS<br>v.                                  )<br>                                    )<br>UNITED PARCEL SERVICE, INC.,)<br>    Defendant.           )<br>                                    ) | |

### PLAINTIFF'S NOTICE OF APPEAL

The Plaintiff hereby gives notice of appeal from the Court's July 22, 2008 judgment in favor of the Defendants on the federal claims and from the Court's July 22, 2008 dismissal without prejudice of the pendent state law claims.

                                        Respectfully Submitted,
                                        Charlie Thornton
                                        By his attorneys

DATED: August 19, 2008                //s// Michael Tumposky
                                        Stephen Hrones
                                        BBO No. 242860
                                        Michael Tumposky
                                        BBO No. 660618
                                        Hrones, Garrity & Hedges
                                        Lewis Wharf –Bay 232
                                        Boston, MA 02110
                                        (617) 227-4019

### CERTIFICATE OF SERVICE

I, Michael Tumposky, hereby certify that, on this the 19th day of August, 2008, I served a copy of this document, where unable to do so electronically, by first-class mail to all counsel of record in this matter.

                                        //s// Michael Tumposky
                                        Michael Tumposky