UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-10210

Charles Thornton

v.

United Parcel Service, Inc.,

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-16, 18-23, 25-48

No Sealed Documents

and contained in 1 Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 8/19/2008.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on September 9, 2008.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 9/9/08

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-10210-RGS

Thornton v. United Parcel Service, Inc.
Assigned to: Judge Richard G. Stearns
Cause: 42:1218(2) Americans with Disabilities Act

Date Filed: 02/01/2005
Date Terminated: 07/22/2008
Jury Demand: Both
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Charles Thornton**　　　represented by　**Michael L. Tumposky**
Hrones, Garrity & Hedges
Lewis Wharf
Bay 232
Boston, MA 02110
617-227-4019
Fax: 617-227-3908
Email: tumposky@masscriminallawyer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen B. Hrones**
Hrones, Garrity & Hedges, LLP
Lewis Wharf - Bay 232
Boston, MA 02110
617-227-4019
Fax: 617-227-3908
Email: hrones@masscriminallawyer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**United Parcel Service, Inc.**　　　represented by　**Barry J Waters**
Murtha Cullina, LLP
2 Whitney Avenue
New Haven, CT 06510
203-772-7719
Fax: 203-772-7723
Email: bwaters@murthalaw.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hugh F. Murray, III**
Murtha Cullina LLP
City Place 1
185 Asylum Street
Hartford, CT 06103
860-240-6077
Fax: 860-240-6150
Email: hmurray@murthalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laurie E. Alexander-Krom**
Davis Malm & D'Agostine PC
1 Boston Place
37th Floor
Boston, MA 02108
617-367-2500
Fax: 617-305-3108
Email: lalexander-krom@davismalm.com
*TERMINATED: 10/20/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Kowal**
Murtha Cullina, LLP
99 High Street
Boston, MA 02110
617-457-4000
Fax: 617-482-3868
Email: ekowal@murthalaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/01/2005 | 1 | COMPLAINT against United Parcel Service, Inc. Filing fee: $ 150, receipt number 61775, filed by Charles Thornton.(Howarth, George) (Entered: 02/07/2005) |
| 02/01/2005 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Collings. (Howarth, George) (Entered: 02/07/2005) |
| 02/01/2005 | | Summons Issued as to United Parcel Service, Inc.. (Howarth, George) (Entered: 02/07/2005) |
| 03/15/2005 | 2 | WAIVER OF SERVICE Returned Executed United Parcel Service, Inc. |

|  |  | waiver sent on 2/24/2005, answer due 4/25/2005. (Howarth, George) (Entered: 03/22/2005) |
|---|---|---|
| 04/06/2005 | 3 | NOTICE of Appearance by Laurie E. Alexander-Krom on behalf of United Parcel Service, Inc. (Howarth, George) (Entered: 04/07/2005) |
| 04/29/2005 | 4 | ANSWER to Complaint with Jury Demand by United Parcel Service, Inc.. (Howarth, George) (Entered: 05/03/2005) |
| 05/03/2005 | 5 | NOTICE of Scheduling Conference Scheduling Conference set for 6/8/2005 02:15 PM in Courtroom 8 before Judge Morris E. Lasker. (Howarth, George) (Entered: 05/03/2005) |
| 06/08/2005 | 6 | Defendant's STATEMENT re scheduling conference. Discovery due by 11/1/2005. Motions due by 1/15/2006. (Howarth, George) (Entered: 06/10/2005) |
| 06/08/2005 |  | Electronic Clerk's Notes for proceedings held before Judge Morris E. Lasker : Scheduling Conference held on 6/8/2005. Court adops defendant's proposed discovery schedule with amendment that fact discovery to be closed on Nov.1, 2005 (Court Reporter none.) (Howarth, George) Modified on 12/1/2005 (Howarth, George). (Entered: 06/10/2005) |
| 09/26/2005 |  | Electronic Judge Morris E. Lasker : ORDER entered.Granting Joint Motion to extend discovery period up to December 1, 2005 (Howarth, George) Modified on 12/1/2005 (Howarth, George). (Entered: 09/30/2005) |
| 11/15/2005 | 7 | NOTICE of Appearance by Michael L. Tumposky on behalf of Charles Thornton (Tumposky, Michael) (Entered: 11/15/2005) |
| 11/15/2005 | 8 | Joint MOTION for Extension of Time to Complete Discovery *and to Revise Scheduling Order* by Charles Thornton.(Tumposky, Michael) (Entered: 11/15/2005) |
| 11/16/2005 |  | Judge Morris E. Lasker : Electronic ORDER entered granting 8 Motion for Extension of Time to Complete Discovery (Howarth, George) (Entered: 11/17/2005) |
| 02/10/2006 | 9 | MOTION to Amend 1 Complaint by Charles Thornton. (Attachments: # 1) (Tumposky, Michael) (Entered: 02/10/2006) |
| 03/20/2006 |  | Judge Morris E. Lasker : Electronic ORDER entered granting 9 Motion to Amend Complaint. (Howarth, George) (Entered: 03/22/2006) |
| 03/20/2006 | 10 | AMENDED COMPLAINT against United Parcel Service, Inc., filed by Charles Thornton.(Howarth, George) (Entered: 03/22/2006) |
| 04/05/2006 | 11 | ANSWER to Amended Complaint by United Parcel Service, Inc..(Howarth, George) (Entered: 04/05/2006) |
| 05/01/2006 | 12 | MOTION for Summary Judgment *on All Counts of Plaintiff's Amended Complaint* by United Parcel Service, Inc..(Alexander-Krom, Laurie) (Entered: 05/01/2006) |
| 05/01/2006 | 13 | MEMORANDUM in Support re 12 MOTION for Summary Judgment *on All* |

|  |  |  |
|---|---|---|
|  |  | *Counts of Plaintiff's Amended Complaint* filed by United Parcel Service, Inc.. (Alexander-Krom, Laurie) (Entered: 05/01/2006) |
| 05/01/2006 | 14 | AFFIDAVIT in Support re 12 MOTION for Summary Judgment *on All Counts of Plaintiff's Amended Complaint*. (Alexander-Krom, Laurie) (Entered: 05/01/2006) |
| 05/01/2006 | 15 | CERTIFICATE OF CONSULTATION re 12 MOTION for Summary Judgment *on All Counts of Plaintiff's Amended Complaint* by Laurie E. Alexander-Krom on behalf of United Parcel Service, Inc.. (Alexander-Krom, Laurie) (Entered: 05/01/2006) |
| 05/01/2006 | 16 | APPENDIX/EXHIBIT re 12 MOTION for Summary Judgment *on All Counts of Plaintiff's Amended Complaint* by United Parcel Service, Inc.. (Alexander-Krom, Laurie) (Entered: 05/01/2006) |
| 05/02/2006 | 17 | Record Materials in Support re 12 MOTION for Summary Judgment *on All Counts of Plaintiff's Amended Complaint* filed by United Parcel Service, Inc..( Bound can not scan) (Howarth, George) (Entered: 05/02/2006) |
| 06/01/2006 | 18 | MEMORANDUM in Opposition re 12 MOTION for Summary Judgment *on All Counts of Plaintiff's Amended Complaint and in Support of Cross-Motion for Summary Judgment* filed by Charles Thornton. (Tumposky, Michael) (Entered: 06/01/2006) |
| 06/01/2006 | 19 | Statement of Material Facts L.R. 56.1 re 12 MOTION for Summary Judgment *on All Counts of Plaintiff's Amended Complaint and re: Plaintiff's Cross-Motion* filed by Charles Thornton. (Attachments: # 1 Notice of Filing)(Tumposky, Michael) (Entered: 06/01/2006) |
| 06/05/2006 | 20 | Assented to MOTION for Leave to File *Reply Brief and for Extension of Time to File Opposition to Plaintiff's Motion for Partial Summary Judgment* by United Parcel Service, Inc..(Alexander-Krom, Laurie) (Entered: 06/05/2006) |
| 06/05/2006 | 21 | NOTICE of filing by Charles Thornton,on exhibits available in paper form only. (Howarth, George) (Entered: 06/06/2006) |
| 06/05/2006 | 22 | Statement of Material Facts L.R. 56.1 in opposition re 12 MOTION for Summary Judgment *on All Counts of Plaintiff's Amended Complaint* and in support of his cross-motion for partial summary judgment. filed by Charles Thornton. (Howarth, George) (Entered: 06/06/2006) |
| 06/05/2006 | 23 | MEMORANDUM in Opposition re 12 MOTION for Summary Judgment *on All Counts of Plaintiff's Amended Complaint*and in support of cross-motion for partial summary judgment. filed by Charles Thornton. (Howarth, George) (Entered: 06/06/2006) |
| 06/05/2006 | 24 | EXHIBITS FROM A THRU L (not scanned,to large) by Charles Thornton. (Howarth, George) (Entered: 06/06/2006) |
| 06/12/2006 |  | Judge Morris E. Lasker : Electronic ORDER entered granting 20 Motion for Leave to File; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with |

| | | |
|---|---|---|
| | | the CM/ECF Administrative Procedures (Howarth, George) (Entered: 06/14/2006) |
| 06/22/2006 | 25 | REPLY to Response to Motion re 12 MOTION for Summary Judgment *on All Counts of Plaintiff's Amended Complaint and Opposition to Plaintiff's Partial Motion for Summary Judgment* filed by United Parcel Service, Inc.. (Alexander-Krom, Laurie) (Entered: 06/22/2006) |
| 06/26/2006 | 26 | MOTION for Leave to File *Reply to Defendant's Opposition* by Charles Thornton.(Tumposky, Michael) (Entered: 06/26/2006) |
| 06/27/2006 | | Judge Morris E. Lasker : Electronic ORDER entered granting 26 Motion for Leave to File; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures (Howarth, George) (Entered: 07/06/2006) |
| 07/17/2006 | 27 | SUR-REPLY to Motion re 12 MOTION for Summary Judgment *on All Counts of Plaintiff's Amended Complaint* filed by Charles Thornton. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Tumposky, Michael) (Entered: 07/17/2006) |
| 08/04/2006 | | ELECTRONIC NOTICE of Hearing on Motion 12 MOTION for Summary Judgment *on All Counts of Plaintiff's Amended Complaint*: Motion Hearing set for 9/25/2006 02:15 PM in Courtroom 8 before Senior Judge Morris E. Lasker. (Howarth, George) (Entered: 08/04/2006) |
| 09/20/2006 | | ELECTRONIC NOTICE OF RESCHEDULING Motion Hearing set for September 25,2006;Motion Hearing is now set for 10/24/2006 11:00 AM in Courtroom 8 before Senior Judge Morris E. Lasker. (Howarth, George) (Entered: 09/20/2006) |
| 09/27/2006 | 28 | NOTICE of Appearance by Hugh F. Murray, III on behalf of United Parcel Service, Inc. (Murray, Hugh) (Entered: 09/27/2006) |
| 10/20/2006 | | ELECTRONIC NOTICE OF RESCHEDULING the Motion Hearing Scheduled for Ocober 24, 2006 at 11:00 a.m. The Motion Hearing is now set for 10/25/2006 11:00 AM in Courtroom 8 before Senior Judge Morris E. Lasker. (Howarth, George) (Entered: 10/20/2006) |
| 10/23/2006 | | ELECTRONIC NOTICE OF RESCHEDULING The Motion Hearing scheduled for October 24, 2006.The Motion Hearing is now set for 11/2/2006 02:15 PM in Courtroom 8 before Senior Judge Morris E. Lasker. (Howarth, George) (Entered: 10/23/2006) |
| 11/02/2006 | | ElectronicClerk's Notes for proceedings held before Judge Morris E. Lasker : Motion Hearing held on 11/2/2006 re 12 MOTION for Summary Judgment *on All Counts of Plaintiff's Amended Complaint* filed by United Parcel Service, Inc., Arguments heard on UPS's motion for summary judgment and Thornton's cross-motion for partial summary judgment.Motions taken under advisement. (Court Reporter none.) (Howarth, George) (Entered: 11/03/2006) |
| 08/07/2007 | 29 | MOTION for Leave to File *Supplemental Exhibit* by Charles Thornton. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Exhibit)(Tumposky, Michael) (Entered: 08/07/2007) |
| 08/14/2007 | 30 | MEMORANDUM in Opposition re 29 MOTION for Leave to File *Supplemental Exhibit* filed by United Parcel Service, Inc.. (Murray, Hugh) (Entered: 08/14/2007) |
| 08/15/2007 | | Judge Morris E. Lasker : Electronic ORDER entered Motion denied substantially for reasons specified in defendant's memo in opposition 29 Motion for Leave to File; (Howarth, George) (Entered: 08/16/2007) |
| 08/20/2007 | 31 | Judge Morris E. Lasker : ORDER entered. Granted in part and Denied in part re 12 MOTION for Summary Judgment *on All Counts of Plaintiff's Amended Complaint* filed by United Parcel Service, Inc., Order entered Denied 18 Motion for partial summary judgment filed by Charles Thornton (For full text see docket entry no. 31 .(Howarth, George) (Entered: 08/20/2007) |
| 08/20/2007 | | Documents terminated: 12 MOTION for Summary Judgment *on All Counts of Plaintiff's Amended Complaint* filed by United Parcel Service, Inc.. (Howarth, George) (Entered: 08/20/2007) |
| 08/28/2007 | | Case Reassigned to Judge Richard G. Stearns. Judge Morris E. Lasker no longer assigned to the case. (Howarth, George) (Entered: 08/28/2007) |
| 09/06/2007 | 32 | NOTICE of Appearance by Elizabeth A. Kowal on behalf of United Parcel Service, Inc. (Kowal, Elizabeth) (Entered: 09/06/2007) |
| 10/12/2007 | 33 | Judge Richard G. Stearns : ORDER entered. PROCEDURAL ORDER re pretrial/trial:Final Pretrial Conference set for 4/2/2008 03:15 PM in Courtroom 21 before Judge Richard G. Stearns. Jury Trial set for 4/7/2008 09:00 AM in Courtroom 21 before Judge Richard G. Stearns.(Johnson, Mary) (Entered: 10/12/2007) |
| 10/25/2007 | 34 | NOTICE of Appearance by Barry J Waters on behalf of United Parcel Service, Inc. (Waters, Barry) (Entered: 10/25/2007) |
| 11/01/2007 | | ELECTRONIC NOTICE OF RESCHEDULING: "Due to court conflicts this Court recently became aware of, the trial in the instant action is being rescheduled, per Order of the Court. Jury Trial rescheduled to Monday, 2/11/2008 at 09:00 AM in Courtroom 21 before Judge Richard G. Stearns. The Final Pretrial Conference is set for 2/7/2008 at 04:00 PM in Courtroom 21 before Judge Richard G. Stearns. All Trial Documents pursuant to the recently-issued Trial Order shall be filed on or before February 1, 2008. SO ORDERED." Richard G. Stearns, USDJ.(Johnson, Mary) Modified on 11/1/2007 (Johnson, Mary). (Entered: 11/01/2007) |
| 02/04/2008 | 35 | Proposed Jury Instructions by Charles Thornton. (Tumposky, Michael) (Entered: 02/04/2008) |
| 02/04/2008 | 36 | Proposed Voir Dire by Charles Thornton. (Tumposky, Michael) (Entered: 02/04/2008) |
| 02/04/2008 | 37 | MOTION in Limine *to Admit Evidence of U.P.S.' Knowledge that 100% Release Policy is Unlawful* by Charles Thornton.(Tumposky, Michael) (Entered: 02/04/2008) |

| | | |
|---|---|---|
| 02/04/2008 | 38 | MOTION in Limine *to Exclude Collateral Source Evidence* by Charles Thornton.(Tumposky, Michael) (Entered: 02/04/2008) |
| 02/04/2008 | 39 | MOTION in Limine *to Exclude Evidence of Collective Bargaining Agreement* by Charles Thornton.(Tumposky, Michael) (Entered: 02/04/2008) |
| 02/04/2008 | 40 | MOTION in Limine *to Exclude Evidence of Drug Use* by Charles Thornton. (Tumposky, Michael) (Entered: 02/04/2008) |
| 02/04/2008 | 41 | MOTION in Limine *to Exclude Evidence of Fatality* by Charles Thornton. (Tumposky, Michael) (Entered: 02/04/2008) |
| 02/04/2008 | 42 | MOTION in Limine *to Exclude MCAD Findings* by Charles Thornton. (Tumposky, Michael) (Entered: 02/04/2008) |
| 02/04/2008 | 43 | MOTION in Limine *Precluding Any Testimony Regarding a UPS "100% Healed" or "100% Medical Release" Policy* by United Parcel Service, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Kowal, Elizabeth) (Entered: 02/04/2008) |
| 02/04/2008 | 44 | MOTION in Limine *Precluding any Testimony About a 1993 EEOC/MCAD Charge and Any Alleged "1995 Agreement"* by United Parcel Service, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Kowal, Elizabeth) (Entered: 02/04/2008) |
| 02/04/2008 | 45 | MOTION in Limine *to Preclude Plaintiff's Evidence of any Pre-February 2002 Claims Under Massachusetts Law* by United Parcel Service, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Kowal, Elizabeth) (Entered: 02/04/2008) |
| 02/04/2008 | 46 | MOTION in Limine *to Preclude Plaintiff's Evidence of any Claim Alleged Damages Based on Events Occuring After August 2001* by United Parcel Service, Inc..(Kowal, Elizabeth) (Entered: 02/04/2008) |
| 02/04/2008 | 47 | Proposed Jury Questions by United Parcel Service, Inc.. (Kowal, Elizabeth) (Entered: 02/04/2008) |
| 02/04/2008 | 48 | Proposed Jury Instructions by United Parcel Service, Inc.. (Kowal, Elizabeth) (Entered: 02/04/2008) |
| 02/04/2008 | 49 | TRIAL BRIEF by United Parcel Service, Inc.. (Kowal, Elizabeth) (Entered: 02/04/2008) |
| 02/04/2008 | 50 | Proposed Voir Dire by United Parcel Service, Inc.. (Kowal, Elizabeth) (Entered: 02/04/2008) |
| 02/05/2008 | 51 | MOTION in Limine *to Allow Recovery Under the ADA for Post-Charge Conduct* by Charles Thornton.(Tumposky, Michael) (Entered: 02/05/2008) |
| 02/05/2008 | 52 | Proposed Jury Verdict by Charles Thornton. (Tumposky, Michael) (Entered: 02/05/2008) |
| 02/05/2008 | 53 | TRIAL BRIEF by Charles Thornton. (Tumposky, Michael) (Entered: 02/05/2008) |

| 02/05/2008 | 54 | PRETRIAL MEMORANDUM by United Parcel Service, Inc.. (Kowal, Elizabeth) (Entered: 02/05/2008) |
|---|---|---|
| 02/07/2008 | | ELECTRONIC NOTICE OF RESCHEDULING: "due to the on-going criminal jury trial this Court is currently sitting on, the trial in the above-captioned action is re-scheduled to TUESDAY, FEBRUARY 19, 2008 AT 9:00 A.M. The Final Pretrial Conference for today is CANCELLED, and counsel will be notified of the new date as soon as possible. BY ORDER OF THE COURT". M. Johnson, Deputy Clerk. (Johnson, Mary) Modified on 2/7/2008 (Johnson, Mary). (Entered: 02/07/2008) |
| 02/07/2008 | | ELECTRONIC NOTICE OF RESCHEDULING: "The Pretrial Conference is re-scheduled to 2/13/2008 03:45 PM in Courtroom 21 before Judge Richard G. Stearns. " R. G. Stearns, USDJ.(Johnson, Mary) (Entered: 02/07/2008) |
| 02/12/2008 | 55 | Opposition re 51 MOTION in Limine *to Allow Recovery Under the ADA for Post-Charge Conduct* filed by United Parcel Service, Inc.. (Kowal, Elizabeth) (Entered: 02/12/2008) |
| 02/12/2008 | 56 | Opposition re 38 MOTION in Limine *to Exclude Collateral Source Evidence* filed by United Parcel Service, Inc.. (Kowal, Elizabeth) (Entered: 02/12/2008) |
| 02/12/2008 | 57 | Opposition re 42 MOTION in Limine *to Exclude MCAD Findings* OPPOSITION TO PLAINTIFFS MOTION IN LIMINE TO EXCLUDE MCAD FINDINGS IN PLAINTIFFS CASE filed by United Parcel Service, Inc.. (Kowal, Elizabeth) (Entered: 02/12/2008) |
| 02/12/2008 | 58 | Opposition re 37 MOTION in Limine *to Admit Evidence of U.P.S.' Knowledge that 100% Release Policy is Unlawful* OPPOSITION TO PLAINTIFFS MOTION IN LIMINE TO ADMIT EVIDENCE OF UPS KNOWLEDGE THAT A 100% RELEASE POLICY WAS UNLAWFUL filed by United Parcel Service, Inc.. (Kowal, Elizabeth) (Entered: 02/12/2008) |
| 02/13/2008 | 59 | Opposition re 39 MOTION in Limine *to Exclude Evidence of Collective Bargaining Agreement* filed by United Parcel Service, Inc.. (Kowal, Elizabeth) (Entered: 02/13/2008) |
| 02/13/2008 | 60 | Opposition re 40 MOTION in Limine *to Exclude Evidence of Drug Use and Fatal Accident* filed by United Parcel Service, Inc.. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B)(Kowal, Elizabeth) (Entered: 02/13/2008) |
| 02/13/2008 | 61 | Opposition re 43 MOTION in Limine *Precluding Any Testimony Regarding a UPS "100% Healed" or "100% Medical Release" Policy* filed by Charles Thornton. (Tumposky, Michael) (Entered: 02/13/2008) |
| 02/13/2008 | 62 | Supplemental Proposed Jury Instructions by Charles Thornton. (Tumposky, Michael) (Entered: 02/13/2008) |
| 02/13/2008 | | Electronic Clerk's Notes for proceedings held before Judge Richard G. Stearns: Final Pretrial Conference held on 2/13/2008. After colloquy with counsel on the pending motions in limine and the denial of summary |

| | | |
|---|---|---|
| | | judgment previously decided by Judge Lasker, the Court orders defendant's counsel to file within 10 days a brief citing reasons why Judge Lasker erred in not granting summary judgment. The plaintiff shall then have 10 days to respond. The February 19, 2008 trial date is postponed at this time. (Court Reporter: None.) (Attorneys present: Atty. Tumposky for pltf.; Attys. Waters and Kowal for deft.) (Johnson, Mary) . Modified on 2/13/2008 (Johnson, Mary). (Entered: 02/13/2008) |
| 02/26/2008 | 63 | Supplemental MEMORANDUM in Support re 12 MOTION for Summary Judgment *on All Counts of Plaintiff's Amended Complaint* filed by United Parcel Service, Inc.. (Attachments: # 1 Exhibit A)(Waters, Barry) (Entered: 02/26/2008) |
| 02/28/2008 | | Judge Richard G. Stearns: Electronic ORDER entered denying without prejudice as premature 37 Motion in Limine; denying without prejudice as premature 38 Motion in Limine; denying without prejudice as premature 39 Motion in Limine; denying without prejudice as premature 40 Motion in Limine; denying without prejudice as premature 41 Motion in Limine; denying without prejudice as premature 42 Motion in Limine; denying without prejudice as premature 43 Motion in Limine; denying without prejudice as premature 44 Motion in Limine; denying without prejudice as premature 45 Motion in Limine; denying without prejudice as premature 46 Motion in Limine; denying without prejudice as premature 51 Motion in Limine (Zierk, Marsha) (Entered: 02/28/2008) |
| 03/03/2008 | 64 | MOTION for Extension of Time to File Response/Reply by Charles Thornton.(Tumposky, Michael) (Entered: 03/03/2008) |
| 03/04/2008 | | Judge Richard G. Stearns: Electronic ORDER entered granting 64 Motion for Extension of Time to File Response/Reply to summary judgment motion Responses due by 3/17/2008 (Flaherty, Elaine) (Entered: 03/04/2008) |
| 03/17/2008 | 65 | Supplemental MEMORANDUM in Opposition re 12 MOTION for Summary Judgment *on All Counts of Plaintiff's Amended Complaint* filed by Charles Thornton. (Tumposky, Michael) (Entered: 03/17/2008) |
| 07/21/2008 | 66 | Judge Richard G. Stearns: Memorandum and Order entered.(Giannotti, Diane) (Entered: 07/21/2008) |
| 07/22/2008 | 67 | Judge Richard G. Stearns: ORDER entered. JUDGMENT in favor of defendant against plaintiff.(Johnson, Mary) (Entered: 07/22/2008) |
| 08/19/2008 | 68 | NOTICE OF APPEAL as to 67 Judgment by Charles Thornton Filing fee $ 455, receipt number 01010000000002080102 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 9/8/2008. (Tumposky, Michael) (Entered: 08/19/2008) |